ELSIE NITTNAUS, as Administratrix of the Estate of HENRY L. NITTNAUS, Deceased, Respondent, *v.* BILLINGS ESTATE CORPORATION., Appellant.

(Submitted April 30, 1935; decided May 21, 1935.)

*James I. Cuff* and *James I. McGuire* for appellant.

*Victor Deutsch* and *Abraham L. Rubenstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.